# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2013

### NO. 03-11-00450-CR

**Dennis Davis, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
REVERSED AND REMANDED -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgment. **IT IS THEREFORE ORDERED** that the judgment be reversed and the cause is remanded for a new trial, and that this decision be certified below for observance.